# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                         In Proceedings
                                                                                               Under Chapter 13
Bradford Blaine Thackrey

                                                                                               BK 09−40918

        Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0735


# ORDER CONFIRMING CHAPTER 13 PLAN

    The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

    By June 15 of each year of the Debtor's Plan, debtor(s) shall provide the Trustee with a true and complete copy of their state and federal income tax return(s) for the preceding year.  Additionally, by June 15 of each year, the debtor(s) shall turn over to the Trustee that portion of their income tax refund(s) (received after the filing of the case) that exceeds (i) any amount(s) credited for Earned Income Credit and/or Child Tax Credit plus (ii) Seven Hundred Fifty Dollars ($750.00) per debtor.  These additional proceeds shall increase the minimum required distribution to the debtor(s)' allowed general unsecured creditors and the Trustee is authorized to increase the base amount of the debtor(s)' Plan accordingly.  Failure of the debtor(s) to comply with this provision, upon thirty (30) day's written notice of such default by the Trustee, will result in the dismissal of the case without further notice or hearing upon the Trustee's certification of said default. Notwithstanding the foregoing, nothing contained herein shall prohibit the debtor(s) from filing a Motion with the Court, seeking authorization to retain all or any portion of such future tax refunds upon a showing of substantial need.

    The attorney for the debtor(s) shall be paid attorney's fees as specified in the plan, and according to the Court's Instructions for Chapter 13 Plans.

    Confirmation of this plan does not remove the attorney for the debtor as attorney of record in this case.  The attorney for the debtor shall remain counsel of record until the earliest of either the closing of the case or the entry of an order allowing the attorney for the debtor to withdraw as counsel.

    No payment in an amount less than $15.00 shall be distributed by the Trustee to any creditor. Funds not distributed because of Bankruptcy Rule 3010(b) shall be paid whenever the accumulation aggregates $15.00. Any funds remaining shall be distributed with the final payment.

    In the event that the number of creditors filing Proofs of Claim is less than the number of creditors in the debtor's bankruptcy petition, the Trustee is directed to distribute all of the proceeds of the debtor's plan to those creditors whose claims have been allowed, but not to exceed 100 percent of the amount of any claim.


ENTERED: August 14, 2009                                            /s/ Kenneth J. Meyers
                                                                                         UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0754-4          User: ko                     Page 1 of 2                   Date Rcvd: Aug 14, 2009
Case: 09-40918                Form ID: 243                 Total Noticed: 37


The following entities were noticed by first class mail on Aug 16, 2009.
db           +Bradford Blaine Thackrey,    12528 N. Sparrow Lane,    Mount Vernon, IL 62864-7357
2650342      +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
2650341      +Affordable Heating Cooling &,    Sheet Metal,    c/o Howard, Leggans,Piercy&Howard,
               1008 Main Street PO Box 1810,    Mount Vernon, IL 62864-0036
2656128      +Affordable Heating Cooling & Sheet,    c/o Howard, Leggans, Piercy and Howard,    1008 Main St,
               PO Box 1810,    Mt. Vernon, IL 62864-0036
2650343      +Banner Finance of Mt Vernon,    1018 Main Street,    Mount Vernon, IL 62864-4011
2685717      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
2650361     ++COTTONWOOD FINANCIAL DBA THE CASH STORE AND CASH A,    1901 GATEWAY DRIVE,    SUITE 200,
               IRVING TX 75038-2425
             (address filed with court:   The Cash Store,    3300 W. Broadway Ste E,    Mount Vernon, IL 62864)
2650344       Capital One,    Attn: Inquiries,    PO Box 30285,    Salt Lake City, UT 84130-0285
2650345      +Carbondale Credit Union,    PO Box 713,    Carbondale, IL 62903-0713
2650346      +Carbondale Highway Credit Union,    PO Box 713,    Carbondale, IL 62903-0713
2669353       Carbondale Highway Credit Union,    Craig R. Reeves,    Barrett,Twomey,Broom,Hughes & Hoke,
               100 North Illinois Ave. PO Box 3747,    Carbondale,IL 62902-3747
2650347      +Charter Communications,    PO Box 790356,    Saint Louis, MO 63179-0356
2650351       CitiFinancial,    606 South 42nd Street,    Mount Vernon, IL 62864-6264
2650350       CitiFinancial,    PO Box 140489,    Irving, TX 75014-0489
2650349       CitiFinancial,    PO Box 6931,    The Lakes, NV 88901-6931
2678131       CitiFinancial Services, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
2650348       Citifinancial,    Bankruptcy Dept.,    PO Box 140069,    Irving, TX 75014-0069
2656135      +Cottonwood Financial Illinois ,LLC,    1901 Gateway Drive,    Suite 200,    Irving, TX 75038-2425
2650352      +Effingham Highway Credit Union,    PO Box 1161,    Effingham, IL 62401-1161
2671853       Effingham Highway Credit Union,    c/o Ronald E. Fuhr, Attorney,    P. O. Box 607,
               Effingham, IL 62401-0607
2650353      +Flo-Gas,    Rt 15 East,    PO Box 944,    Mount Vernon, IL 62864-0020
2650355      +Gevalia Kaffe,    c/o North Shore Agency Inc,    270 Apagnoli Road,    Melville, NY 11747-3516
2650354       Gevalia Kaffe,    Holmparken Square,    PO Box 6276,    Dover, DE 19905-6276
2650358      +HSBC Card Services,    PO Box 80084,    Salinas, CA 93912-0084
2650356      +Heights Finance Corporation,    2929 Broadway,    PO Box 1146,    Mount Vernon, IL 62864-0024
2650357       Helen Thackery,    12540 W.Sparrow Ln.,    Mount Vernon, IL 62864
2650359      +Michael R. Hiner,    1704 Jefferson Ave,    Mount Vernon, IL 62864-4331
2650360      +Personal Finance Company LLC,    609 Broadway,    Mount Vernon, IL 62864-4143
2650362      +The Corner Pharmacy,    727 N. New Ballas,    Saint Louis, MO 63141-6715
2650363      +The Orthopedic Center of St. Louis,    14825 N Outer Forty Rd,    Ste 200,
               Chesterfield, MO 63017-2152
2673818      +U.S. Bank, N.A.,    c/o Pierce & Associates, P.C.,    1 North Dearborn St., Suite 1300,
               Chicago, Il 60602-4331
2650364     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
2650365      +US Bank,    c/o Robert Allen Taylor Co,    7965 Stone Creek Dr #130,    Chanhassen, MN 55317-4619
2650367      +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
2650366       US Bank Home Mortgage,    PO Box 790415,    Saint Louis, MO 63179-0415
The following entities were noticed by electronic transmission on Aug 14, 2009.
2672193       E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2009 18:23:37     GE Money Bank,   Attn: Ramesh Singh,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
2671911       E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2009 18:23:47
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Carbondale Highway Credit Union,    PO Box 713,    Carbondale, IL 62903-0713
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0754-4          User: ko              Page 2 of 2             Date Rcvd: Aug 14, 2009
Case: 09-40918                Form ID: 243          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**              **Signature:**    */s/ Joseph Speetjens*