# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

U.S. BANK, NA

vs

**CASE NO** 09-40918
**CHAPTER:** 13

BRADFORD THACKREY

**DATE:** December 16, 2009
**PLACE:** Benton

---

**PRESENT:** Honorable Kenneth J. Meyers, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF:** Cheryl Considine         Excused

**COUNSEL FOR DEFENDANT:** Douglas Haile         Excused

**PROCEEDINGS:** PREL HRG: Motion for Relief from Stay

**MINUTES OF COURT:**

Counsel report the Motion for Relief from Stay, filed by US Bank NA, resolved. Cheryl Considine to submit proposed order within 7 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Donna Beyersdorfer
Acting Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**