# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Bradford Blaine Thackrey<br><br>          Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 09–40918 |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0735

## ORDER APPROVING MODIFIED PLAN

The debtor(s) having noticed and filed a proposed modification to their plan on 12/22/2009, no timely objection having been filed, it is

**ORDERED** that the plan is approved as modified.

ENTERED: January 13, 2010                              /s/ Kenneth J. Meyers
                                                                              UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0754-4          User: bj                  Page 1 of 1           Date Rcvd: Jan 13, 2010
Case: 09-40918                Form ID: 180              Total Noticed: 1

The following entities were noticed by first class mail on Jan 15, 2010.
db          +Bradford Blaine Thackrey,   12528 N. Sparrow Lane,   Mount Vernon, IL 62864-7357
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                    **Signature:** _Joseph Speetjens_