# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Bradford Blaine Thackrey

      Debtor(s)

In Proceedings
Under Chapter 13

BK 09–40918–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0735

## ORDER APPROVING MODIFIED PLAN

The debtor(s) having noticed and filed a proposed modification to their plan on 8/20/2010, no timely objection having been filed, it is

**ORDERED** that the plan is approved as modified.

ENTERED: October 7, 2010

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0754-4          User: lm              Page 1 of 1          Date Rcvd: Oct 07, 2010
Case: 09-40918                Form ID: 180          Total Noticed: 1

The following entities were noticed by first class mail on Oct 09, 2010.
db           +Bradford Blaine Thackrey,   12528 N. Sparrow Lane,   Mount Vernon, IL 62864-7357
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2010**               **Signature:** *Joseph Speetjens*